# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JESSIE GARCIA**,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**COMMISSIONER OF SOCIAL SECURITY**,<br><br>　　　　　Defendants. | **1:21-cv-01799-JLT-SAB**<br><br>NEW CASE NUMBER:<br><br>**1:21-cv-01799-SAB**<br><br>**ORDER REASSIGNING CASE** |

　　All parties having executed consent forms, it is ordered that this matter be reassigned from the docket of United States District Judge Jennifer L. Thurston to the docket of United States Magistrate Judge Stanley A. Boone, for all purposes including trial and entry of Judgment.

　　To prevent a delay in documents being received by the correct judicial officer, the new case number listed below should be used on all future documents.

**1:21-cv-01799-SAB**

IT IS SO ORDERED.

Dated:　**November 2, 2022**

　　　　　　　　　　　　　　　　　　　　　　　　　*Jennifer L. Thurston*
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1