# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE GARCIA, | Case No. 1:21-cv-01799-SAB |
|        Plaintiff, | ORDER GRANTING STIPULATED MOTION EXTENDING BRIEFING SCHEDULE |
|    v. | (ECF No. 17) |
| COMMISSIONER OF SOCIAL SECURITY, | |
|        Defendant. | |

On January 10, 2023, the parties filed a stipulated motion requesting the deadline for Plaintiff to file an opening brief be extended from January 12, 2023, to February 13, 2023. (ECF No. 17.) The Court finds good cause to grant the first requested extension.

Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The stipulated motion is GRANTED; and

2. Plaintiff shall file an opening brief on or before February 13, 2023.

IT IS SO ORDERED.

Dated: __**January 10, 2023**__

_____
UNITED STATES MAGISTRATE JUDGE

1